NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CIES BISKER, LLC,**
*Plaintiff-Appellant,*

**v.**

**3M COMPANY,**
*Defendant-Appellee,*

*and*

***FLOORGRAPHICS, INC.,***
*Defendant-Appellee,*

*and*

***NEWS AMERICA MARKETING IN-STORE, LLC and NEWS AMERICA MARKETING IN-STORE SERVICES, LLC,***
*Defendants-Appellees.*

---

2010-1386

---

Appeal from the United States District Court for the Eastern District of Texas in Case No. 08-CV-0115, Judge David J. Folsom.

---

**JUDGMENT**

---

TODD I. BLUMENFELD, Friedman, Suder & Cooke, of Fort Worth, Texas, argued for plaintiff-appellant. With him on the brief was JONATHAN T. SUDER.

DAVID B. WEAVER, Vinson & Elkins LLP, of Austin, Texas, argued for all defendants-appellees. With him on the briefs were STEPHEN M. HASH, JENNIFER LIBRACH NALL; and HILARY L. PRESTON, of New York, New York for News America Marketing In-Store, LLC, et al.

DAVID D. BAHLER, TRAVIS M. WOHLERS and SARAH R. HOLLAND of Fulbright & Jaworski, LLP, of Austin, Texas, on the brief for 3M Company.

ERIC J. MAURER, Boies, Schiller & Flexner, LLP, of Washington, DC, on the brief for Floorgraphics, Inc.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 22, 2011       /s/ Jan Horbaly
    Date           Jan Horbaly
                Clerk